AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUL 03 2008**

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

United States of America )
v. ) Case No: 2:04CR00208-001
) USM No: 11054-085
)
Date of Previous Judgment: 12/09/05 )
(Use Date of Last Amended Judgment if Applicable) ) Defendants's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of _____ months **is reduced to** _____.

Except as provided above, all provisions of the judgment dated 12/09/05 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 7/3/08

Judge's signature

Effective Date: _____
(if different from order date)

The Honorable Edward F. Shea    Judge, U.S. District Court
Printed name and title